walter.featherly@hklaw.com
lee.baxter@hklaw.com

FILED
JAN 03 2018
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re: Case No. A16-00361-GS<br><br>DALE FOSTER VAN DOREN,<br><br>Debtor. | Chapter 7 |
| MCKINLEY MORTGAGE COMPANY, LLC,<br>an Alaskan limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DALE VAN DOREN,<br><br>Defendant. | Adversary No. A17-90002-GS<br>(Consolidated – Lead Case) |
| MCKINLEY MORTGAGE COMPANY, LLC,<br>an Alaskan limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARGARITA VAN DOREN,<br><br>Defendant. | Adversary No. A17-90007-GS |

## JOINT NOTICE OF FINALIZED SETTLEMENT

Plaintiff McKinley Mortgage, LLC ("McKinley Mortgage") and Defendants Dale Van Doren and Margarita Van Doren ("Defendants") (collectively "the Parties") hereby give joint notice that they have reached a negotiated settlement of all claims alleged by McKinley Mortgage in these consolidated proceedings. Because the Parties have settled, the Court may vacate all pre-trial and trial deadlines.

**HOLLAND &**
**KNIGHT LLP**
420 L Street
Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

Along with this joint notice, McKinley Mortgage and Dale Van Doren are filing a Stipulation for Entry of Consent Judgment. Once this Court has entered the Consent Judgment against Dale Van Doren, the Parties will move to dismiss with prejudice *McKinley Mortgage Company, LLC v. Margarita Van Doren*, Adversary No. A17-90007-GS.

DATED at Anchorage, Alaska this 3rd day of January, 2018.

                       HOLLAND & KNIGHT LLP
                       *Counsel for Plaintiff*
                       *McKinley Mortgage Company, LLC*

By: _____
                       Walter T. Featherly
                       Alaska Bar No. 8101001
                       Lee C. Baxter
                       Alaska Bar No. 1510085

**HOLLAND & KNIGHT LLP**
420 L Street
Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT NOTICE OF FINALIZED SETTLEMENT
*IN RE DALE VAN DOREN*; CONSOLIDATED CASE NO. A17-90002-GS
#54796862_v1

PAGE 2 OF 4

DATED at Anchorage, Alaska this 23 day of December, 2017.

        DALE VAN DOREN
        On Behalf of Debtors Margarita Van Doren
        and Dale Van Doren

        By: *[signature]*

**HOLLAND & KNIGHT LLP**
420 L Street
Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2018
a true and correct copy of the foregoing document
was served on the following via:

| | |
|---|---|
| Bankruptcy Trustee<br>Kenneth W. Battley<br>629 L Street, Suite 201<br>Anchorage, AK 99501 | ☑ **Email** |
| U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101 | ☑ **Email** |
| Dale Van Doren<br>7114 Fairweather Park LP<br>Anchorage, AK 99518 | ☑ **US Mail** |
| Margareta Van Doren<br>7114 Fairweather Park LP<br>Anchorage, AK 99518 | ☑ **US Mail** |

By: _/s/ Sherry L. Lucas_
Sherry L. Lucas

HOLLAND &
KNIGHT LLP
420 L Street
Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT NOTICE OF FINALIZED SETTLEMENT
*IN RE DALE VAN DOREN*; CONSOLIDATED CASE NO. A17-90002-GS
#54796862_v1

PAGE 4 OF 4